IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| REV. JAMES C. COLEMAN | § | |
| v. | § | CIVIL ACTION NO. 6:06cv389 |
| JAMES W. IRWIN, JR. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the complaint be dismissed with prejudice for lack of subject matter jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1). No written objections have been filed in response to the Report and Recommendation. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court. In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** with prejudice for lack of subject matter jurisdiction. Any motion not previously ruled on is **DENIED**.

**SIGNED this 25th day of October, 2006.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE